1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DIMITRI Z. STORM,                          No.  2:23-cv-00819 KJM DB P

12                    Petitioner,

13            v.                                   ORDER

14     GAVIN NEWSOM, et al.,

15                    Respondent.

16

17            Petitioner, a state prisoner proceeding pro se, filed a petition for writ of mandate and

18     sought leave to proceed in forma pauperis. (ECF Nos. 1, 4.) The matter was referred to a United

19     States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On February 13, 2024, the magistrate judge filed findings and recommendations, which

21     were served on petitioner and which contained notice to petitioner that any objections to the

22     findings and recommendations were to be filed within 21 days. Thereafter, petitioner filed another

23     motion to proceed in forma pauperis and a motion for extension of time to file an amended

24     complaint. (ECF Nos. 6, 7.) The magistrate judge construed the motion for extension of time to

25     file an amended complaint as a request for extension of time to file objections to the findings and

26     recommendations and granted petitioner an additional 30 days to file objections to the findings

27     and recommendations.

28     /////

1    The further time granted to file objections to the findings and recommendations has

2    expired.  Petitioner has filed another motion to proceed in forma pauperis but has not filed

3    objections to the findings and recommendations.

4    The court presumes that any findings of fact are correct.  *See Orand v. United States*,

5    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

6    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

7    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

8    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

9    supported by the record and by the proper analysis.

10    Accordingly, IT IS HEREBY ORDERED as follows:

11        1.  The findings and recommendations (ECF No. 5) are adopted in full;

12        2.  The petition for writ of mandate is dismissed for lack of subject matter jurisdiction;

13        3.  The motions to proceed in forma pauperis (ECF Nos. 4, 6, 9) are denied as moot; and

14        4.  The Clerk of Court be directed to close this case.

15  DATED:  August 1, 2024.

17  _____
    CHIEF UNITED STATES DISTRICT JUDGE

2